# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECKERD CORPORATION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-4752 |
| RHOADS AVENUE NEWTOWN SQUARE, LP, ET AL., | : | |
| Defendants. | : | |
| PARKE BANK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-5293 |
| MARC B. KAPLIN and GEORGE J. SPAEDER, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of August, 2018, upon consideration of the Joint Motion to Approve Settlement Agreement (No. 13-cv-4752, Doc. No. 237), the Response of George Spaeder and Rhoads Avenue Newtown Square, LP (No. 13-cv-4752, Doc. No. 238), Parke Bank's Reply Brief (No. 13-4752, Doc. No. 249), Marc B. Kaplin and Shelbourne NSQ Associates L.P.'s Reply Brief (No. 13-4752, Doc. No. 247), George Spaeder and Rhoads Avenue Newtown Square, LP's Supplemental Brief (No. 13-4752, Doc. No. 255), and Mark B. Kaplin and Shelbourne NSQ Associates L.P.'s Supplemental Brief (No. 13-4752, Doc. No. 256), it is hereby **ORDERED** that:

1. George Spaeder has no standing to object to the proposed settlement agreement either on his own behalf or on behalf of Rhoads Avenue Newtown Square, LP. Spaeder's objections to the proposed settlement agreement are **DENIED**.

2. Within fourteen (14) days from the date of this Order, Eckerd Corporation—the other party objecting to the proposed settlement agreement—shall file a letter of no more than five (5) pages indicating whether it has any remaining objections.

3. Within seven (7) days of the receipt of the letter from Eckerd Corporation, the Settling Parties (Parke Bank, Shelbourne NSQ Associates, Marc B. Kaplin as Trustee for the Kaplin Stewart Meloff Reiter & Stein 401k Plan, and Mark B. Kaplin individually) shall file a letter of no more than five (5) pages responding to any remaining objections by Eckerd Corporation.

4. Following receipt of the aforementioned letters, the Court will determine whether a conference call is necessary to resolve any remaining disputes among the parties.

                                              **BY THE COURT:**

                                              /s Mitchell S. Golberg
                                              **MITCHELL S. GOLDBERG,      J.**